CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Chara Banks
PLAINTIFF

1531 Fort Dupont St. SE DC
Address (No Post Office Boxes)

Washington, DC. 20020
City / State / Zip Code

Case: 1:23-cv-00260 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/30/2023
Description: Employ. Discrim. (H-DECK)

VS.

DC Department of Parks and Recreation
DEFENDANT

1275 First St. NE.
Address (No Post Office Boxes)

Washington DC. 20002
City / State / Zip Code

CIVIL ACTION NO. _____

Jury Trial: ✓ Yes ☐ No

## COMPLAINT

Please see attachment (via email)

※ The relief I am requesting - Pain & suffering - emotional distress, mental anguish, reputation tainted, inconvenience, no income, fear of being hired by future employers. I do not have a specific dollar amount but I was wrongfully discriminated against for filing a sexual harrassment case on my director. + terminated! Terminated as of 1/27 (Friday), Approx. 2:47 pm.

Original Signature (in pen)
Chara Banks
Name (if applicable, Prisoner ID No.)

RECEIVED
JAN 30 2023
Clerk, U.S. District & Bankruptcy
Court, District of Columbia

Address or Facility Address
Washington DC.
City / State / Zip Code

Rev: 01/10/2023
*Use additional pages as needed

Below is the full description of my case that occurred on September 10, 2022. I was wrongfully terminated by my employer D.C. Department of Parks and Recreation (DPR) on January 27, 2023.

I sent an email to my Deputy Director- Thennie Freeman, Investigator of DPR- James Warren Jr, & Keneysha Anthony- (HR) on Wednesday January 25, 2023 that I was aware that the person that harrassed me- Otis Grandon had returned to work and I noted in my email- that I wasn't notified of his return (a notification to me is necessary).

In my statement via phone (when I filed in Dec. 2022), when I spoke with the investigator, I told him that if DPR decided to bring Otis Grandson back, I would need to be transferred to another department. I mentioned those comments again on 1/25- Wednesday and asked what the next steps were.

I received my termination letter on Friday 1/27. Please call me for further details etc.


Chara Banks

202 615 9103

---------- Forwarded message ----------
From: **Banks, Chara (DPR)** <chara.banks@dc.gov>
Date: Sunday, December 18, 2022
Subject: Fw: Chara Banks- incident 9/10.
To: "banks.chara@gmail.com" <banks.chara@gmail.com>


## Chara Banks
Site Manager

Main line: 202-299-5095 (Kenilworth)
Personal: 202-340-6754
DC Department of Parks and Recreation

*DPR.dc.gov* |  : *@DCDPR*

---

**From:** Banks, Chara (DPR)
**Sent:** Thursday, December 15, 2022 10:13 PM
**To:** Toppin, Gina (DPR) <gina.toppin@dc.gov>; Warren, James Jr (DPR) <James.Warren3@dc.gov>; Anthony, Keneysha (DPR) <Keneysha.Anthony2@dc.gov>
**Subject:** Chara Banks- incident 9/10.

Hello all,

Thanks for taking my call this AM Deputy Toppin.  As shared with you today, an incident occurred with me on 9/10.

Camp Riverview: *Dates* 9/10/2022 & 9/11/2022-

We were all at the camp fire on Saturday- 9/10 (AQ & CR Managers). Otis Grandson was the DJ that night.  There was a side bar conversation led by Marcus Coates (myself, Marvin Zaldana-Flores and Errol Alderman were sitting by Marcus), the topic was about me leaving the Aquatics department (of DPR) and now being joined on the Recreation side of DPR.  Marcus was making jokes stating that I had missed being on the pool side.  Then Marcus asked Otis to come over to take a listen.  Once Otis came over, Marcus shared with Otis what we were discussing.

I told Otis that Marcus was just kidding.  I informed everyone in that setting, that I didn't say that I missed working at the pool.  I said that working with the pool was something that I had done for years and are my roots! But I am glad to be on the Recreation side. I am happy!

Otis was getting aggressive with me (his tone) about me "missing" the AQ side.  Otis was saying things like, how can you miss them Chara? You miss them? (etc.) I was sitting down at the time, and Otis was standing over top of me and was speaking as if he was upset about the topic.  Again, Marcus was kidding the entire time (laughing), we all were before Otis came over.  The mood switched once Otis arrived where we were.  It appeared that Otis took the jokes to another degree and was getting out of line.  I didn't like how I was being spoken to.  I stood up and Marvin did as well (Marvin was seated like me originally).  Marvin stood up in my defense and was wondering how and why things went "left".  I was telling Otis to calm down and asked him, why was he getting so serious and that Marcus was just kidding.

Things eventually settled down and while things were settling down, I experienced unwanted touching from Otis.  He touched my right thigh more than once as he was speaking to me and the three previous mentioned names above, were around during this time (Seth Shapiro was close by).  I moved his hand and he placed it back.  I moved his hand again, and he placed it back (three times in total)—by the second time, I am looking around like, Do y'all see this? What in the world?

As the day got later (I do not recall the exact time but it was late.  Approximately, some time after 11 pm), I left to go back to my cabin with a woman from the AQ side (we stayed at different cabins).  Marvin asked why was I leaving, I told him that I wasn't about to be outside with all of them and that I'm going inside my cabin (me and the young lady from the Aquatic side went into our cabins).

The next day I felt it would be awkward to see Otis and I was hesitant on speaking to him, but instead, I spoke (hello).  He spoke back (hello, smiling).  The coming week, I reached out to Otis for a meeting to discuss Camp Riverview.  We had a meeting on 9/15.  The meeting was supposed to be in person, but he was unable to meet and we spoke over Microsoft Teams (virtual meeting).  I shared with him how I felt and how he was coming "at" me during Camp

Riverview. He reassured me that he did not mean any harm, and he didn't recall much that night. I let him know that he was speaking to me in an offensive/ irate manner and I was confused because folks were joking about the AQ vs CR comments. I told him that I wanted to ensure that we were clear. He assured me that there was nothing negative with his intent. I did not bring up the unwanted touching for obvious reasons (which was/is fearful of my job).

Later, there was an unfortunate event that took place on 10/12/2022 that occurred at Kenilworth Recreation Center (a shooting). I feel, since that incident, I've been targeted-- it's been a rippling effect ever since with Management and myself. A few examples: unexpected deadlines I've been given- however, rising to the occasion by submitting the necessary documents before the deadline, and negative claims towards me (I have an email of a missing key incident that occurred with staff on 10/14), amongst other various things where he has faulted me on as of late.

P.s. I have leave submitted. I will be on leave tomorrow- 12/16 and I will return on 12/20.


Thanks.

**Chara Banks**
Site Manager

Main line: 202-299-5095 (Kenilworth)
Personal: 202-340-6754
DC Department of Parks and Recreation
DPR.dc.gov | : @DCDPR