UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARA BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00260 (UNA) |
| ) | |
| DC DEPARTMENT OF PARKS ) | |
| AND RECREATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER DENYING *IN FORMA PAUPERIS* MOTION**

Plaintiff has filed a *pro se* complaint and an application for leave to proceed *in forma pauperis* ("IFP"). Parties instituting a civil action are required to pay the applicable filing fee unless granted IFP status. *See* 28 U.S.C. §§ 1914, 1915. Whether to permit or deny an application for leave to proceed IFP is within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir.), *cert. denied*, 488 U.S. 941 (1988); *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.), *cert. denied*, 375 U.S. 845 (1963). An individual need not "be absolutely destitute to enjoy the benefit of the [IFP] statute." *McKelton v. Bruno*, 428 F.2d 718, 719 (D.C. Cir. 1970), quoting *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). But a party should demonstrate that because of poverty, the party cannot "pay or give security for the costs . . . and still be able to provide [for] the necessities of life." *Id*. at 719-20 (internal quotation marks omitted).

Although plaintiff notes that she is very recently unemployed, she reports that her recent annual salary totaled $73,000 and that she possesses significant real property assets. While plaintiff

1

reports some debts and financial obligations, none appear to be extraordinary. The court finds that plaintiff has not made the requisite showing to proceed IFP at this time.

Accordingly, it is

**ORDERED** that plaintiff's application for leave to proceed IFP, ECF No. 2, is **DENIED**, and it is further

**ORDERED** that the complaint, ECF No. 2, and this case are **DISMISSED** without prejudice. Plaintiff may refile the complaint with the $402 filing fee applicable to civil actions.

**SO ORDERED.**

Date:  April 5, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge